IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11-cv-459 |
| | ) |
| GREAT LATIN RESTAURANTS, L.C., | ) |
| D/B/A CERRO GRANDE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 15) of the Magistrate Judge recommending that default judgment be entered against Great Latin Restaurants, L.C. ("Defendant") in favor of plaintiff J&J Sports Productions, Inc., in the amount of $113,063.46. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 10) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant in favor of Plaintiff in the amount of $10,000.00 in statutory damages; $100,000.00 in enhanced damages; and $3,063.46 in reasonable attorneys' fees and costs, for a total award to plaintiff J&J Sports Productions, Inc. of $113,063.46.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to:

Douglas E. McKinley
Registered Agent for Great Latin Restaurants, L.C.
100 North Pitt Street, Suite 200
Alexandria, Virginia 22314

Douglas E. McKinley
Registered Agent for Great Latin Restaurants, L.C.
12701 Marthas Road
Alexandria, Virginia 22307

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 21, 2011